**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD I. FINE and MARYELLEN OLMAN-FINE,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Gregory Funding, LLC, et al. and U.S. Bank National Association,<br><br>        Defendants. | Case No.: 2:16-cv-06608- RGK (JPRx)<br><br>*Hon. R. Gary Klausner*<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANTS, SELENE FINANCE, LP, GREGORY FUNDING, LLC AND U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2013-A, MORTGAGE-BACKED NOTES, SERIES 2013-A**<br><br>Complaint filed: September 1, 2016 |

The Motion to Dismiss brought by Defendants Selene Finance LP, Gregory Funding, LLC; and U.S. Bank National Association, as Indenture Trustee on Behalf of and With Respect to Ajax Mortgage Loan Trust 2013-A, Mortgage-

Backed Notes, Series 2013-A (hereinafter referred to collectively as ("Defendants") having been granted with prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs shall take nothing by the Complaint; and

2. Judgment on Plaintiffs' Complaint shall be entered in favor of Defendants Selene Finance LP, Gregory Funding, LLC; and U.S. Bank National Association, as Indenture Trustee on Behalf of and With Respect to Ajax Mortgage Loan Trust 2013-A, Mortgage-Backed Notes, Series 2013-A

**IT IS SO ORDERED.**

DATED: February 10, 2017

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

-2-
JUDGMENT OF DISMISSAL OF DEFENDANTS, SELENE FINANCE, LP, GREGORY FUNDING, LLC AND U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2013-A, MORTGAGE-BACKED NOTES, SERIES 2013-A

JUDGMENT OF DISMISSAL OF DEFENDANTS, SELENE FINANCE, LP, GREGORY FUNDING, LLC AND U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2013-A, MORTGAGE-BACKED NOTES, SERIES 2013-A