# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Richard I. Fine and Maryellen Olman-Fine, <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>Gregory Funding, LLC, an Oregon Limited Liability Corporation; U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2013-A, Mortgage Backed Notes, Series 2013-A, (U.S. Bank National Association is a subsidiary of U.S. Bancorp, a Delaware Corporation); Selene Finance, LP, a North Dakota Limited Partnership; Homeward Residential, Inc., F/K/A American Home Mortgage Servicing, Inc., a Delaware corporation; and Does 1-10, <br><br>　　　　Defendants. | Case No. 2:16-cv-06608-RGK-JPR <br><br>(Honorable R. Gary Klausner, Courtroom: 850) <br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT HOMEWARD RESIDENTIAL, INC.** <br><br><br><br><br><br>Complaint Filed: September 1, 2016 |

The Motion to Dismiss brought by Defendants Selene Finance LP, Gregory Funding, LLC; and U.S. Bank National Association, as Indenture Trustee on Behalf of and With Respect to Ajax Mortgage Trust 2013-A, Mortgage Backed Notes, Series 2013-A, and joined and adopted by Defendant Homeward Residential, Inc., erroneously sued and served as Homeward Residential Inc., f/k/a American Home

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

1
NOTICE OF LODGING OF JUDGMENT OF DISMISSAL
Case No. 2:16-cv-06608-RGK-JPR
31697420v1 0986773

Mortgage Servicing Inc., a Delaware Corporation ("Defendant Homeward Residential, Inc."), having been granted with prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    Plaintiffs shall take nothing by way of the Complaint; and

    2.    Judgment on Plaintiffs' Complaint shall be entered in favor of Defendant Homeward Residential, Inc.

**IT IS SO ORDERED.**

DATED: February 16, 2017     BY: *Gary Klausner*

                                             HON. R. GARY KLAUSNER
                                             UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

2
NOTICE OF LODGING OF JUDGMENT OF DISMISSAL
Case No. 2:16-cv-06608-RGK-JPR
31697420v1 0986773